CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
TERRA CASTILLO LAUGHTON (Bar No. 321683)
(E-Mail: Terra_Laughton@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
*Adrian Benavides-Schorgi*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN BENAVIDES-SCHORGI<br><br>Defendant. | Case No. 2:23-CR-00164-JVS<br><br>**STIPULATION TO VACATE RESTITUTION HEARING** |

     Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Jeremy Keller Beecher, and Defendant Adrian Benavides-Schorgi, by and through his counsel of record, Deputy Federal Public Defender, Terra Castillo Laughton, hereby stipulate as follows:

     1.    Mr. Benavides-Schorgi appeared for sentencing before this Court on June 24, 2024. At that hearing, in response to the government's request, the Court scheduled a restitution hearing for July 22, 2024 at 9:00 a.m.

     2.    The parties have conferred regarding the restitution hearing. The government has informed defense counsel that it has contacted the victims in this case

and has made significant efforts to collect documentation supporting any claims of restitution.

3. The government has further indicated that it presently does not intend to seek restitution on behalf of the victims because it has not received information supporting any actionable losses.

4. The defense believes any future claims for restitution would be untimely and anticipates opposing any such requests on timeliness and/or other grounds.

5. Therefore, the parties jointly request that the Court vacate the restitution hearing scheduled for July 22, 2024.

IT IS SO STIPULATED.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: July 17, 2024          By  /s/ Terra Castillo Laughton
                              TERRA CASTILLO LAUGHTON
                              Deputy Federal Public Defender


MARTIN ESTRADA
United States Attorney

DATED: July 17, 2024          By  /s/*
                              JEREMY KELLER BEECHER
                              Assistant United States Attorney

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.